```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GERALD JAMES FETTERMAN,       )
       Appellant,             )   Civil Action No. 10-218
                              )
            v.                )   Procedural Order for
                              )    Bankruptcy Appeals
JAMES R. WALSH,               )
       Appellee.              )
```

## ORDER

The above action seeks review of a decision by the United States Bankruptcy Court for the Western District of Pennsylvania. In accordance with Bankruptcy Rules 8009 and 8010, IT IS HEREBY ORDERED that the parties shall proceed as follows:

(1) The appellant shall serve and file his brief by March 12, 2010;

(2) The appellee shall serve and file his brief by March 29, 2010;

(3) The appellant may serve and file a reply brief by April 13, 2010;

(4) No extensions of time will be permitted without order of the Court.

```
                         BY THE COURT:


                         s/Gary L. Lancaster
                         Hon. Gary L. Lancaster,
                         Chief United States District Judge
```

Dated: February 25, 2010

cc:  All parties of record